UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen G. Pape, Esq.
SP 7090
187 Anderson Avenue
PO Box 97
Fairview, NJ 07022
(201) 945-5252
Attorney for Debtor, Olga Pagan

| | |
|---|---|
| In Re: | Case No.: _____17-16831_____ |
| Olga Pagan, Debtor | Judge: _____ |
| | Chapter: 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ _____126.87_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

▪ Other **(explain your answer)**:
I have submitted balance to complete in amount of $126.87. Attached is balnce to complete letter from Chapter 13 Truste and proof of payment and mailing.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 05/02/2022                                             /s/ Olga Pagan
                                                              Debtor's Signature

Date: _____                                          _____
                                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**Marie-Ann Greenberg**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

April 21, 2022

STEPHEN G. PAPE
187 ANDERSON AVENUE
PO BOX 97
FAIRVIEW, NJ  07022

Re:  Chapter 13 Petition
     **OLGA PAGAN**
     Case No.: 17-16831

   **Balance to Complete:**          $126.87

\*\*\***SALE OR REFINANCE - PERMISSION IS REQUIRED FROM THE COURT**\*\*\* If court approval is not obtained, the sale or refinance may be VOIDED by the Bankruptcy Court and any commissions or fees DISGORGED. We MUST receive the signed HUD1 with the check or we will CONTINUE TO PAY the mortgage company or applicable creditor and the case WILL NOT be closed - see attached insert for details.

\*\*\***NOTE**:  The above quote is calculated at the maximum allowable rate because trustee commission rate is subject to change without notice. Commissions, however, will only be taken at the rate in effect at the time the payoff is received and a refund will be issued to the debtor if appropriate.

Dear Sir/Madam:

The above case has been reviewed. I have enclosed a copy of the Case Report for your review. If you find any discrepancies with the information provided, please contact this office in written form.

If you are sending funds to our office in **excess of four (4) regularly scheduled monthly trustee payments** the source of these funds must be identified through a detailed letter. Without the proper documentation of where the money paid came from your bankruptcy case cannot be closed.

Once our office receives the above amount, the creditors listed will be paid in full and the debtors will have completed their plan. Please be advised that we do not add per diem charges. The balance to complete figure quoted above is good unless: (1) the debtors make a payment or (2) otherwise directed by the Court. In some instances, the Court may order an additional distribution to unsecured creditors or payment of additional attorney fees. The Court's Order shall take precedence over any balance to complete quote.

All payments should be paid by certified check, money order or attorney trust account check made payable to Marie-Ann Greenberg, Standing Trustee and mailed to PO Box 520, Memphis, TN  38101-0520.

Very truly yours,

Marie-Ann Greenberg
Chapter 13 Standing Trustee



