UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen G. Pape, Esq.
SP7090
187 Anderson Avenue
Fairview, New Jersey 07022
201-945-5252
Attorney for Debtor

| | |
|---|---|
| Case No.: | 17-16831 |
| Chapter: | 13 |

In Re:

Olga Pagan,
Debtor

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | |
| Judge: | SLM |

## CERTIFICATION OF SERVICE

1.  I, _____Stephen G. Pape_____ :

    ☒ represent _____Olga Pagan, Debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____05/03/2022_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    Chapter 13 Debtor's Certification in Opposition to Certification of Default filed by the Chapter
    13 Standing Trustee

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date:   05/03/2022 _____        /s/ Stephen G. Pape _____
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |