Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−16831−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Olga Pagan
   9060 Palisade Avenue
   Unit 714
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7797

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/8/22 at 10:00 AM

to consider and act upon the following:

*82* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/4/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*85* − Certification in Opposition to Trustees Certification of Default (related document:83 Certificate of Service (related document:82 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. filed by Trustee Marie−Ann Greenberg) filed by Stephen G Pape on behalf of Olga Pagan. (Pape, Stephen)

Dated: 5/3/22

                  Jeanne Naughton
                  Clerk, U.S. Bankruptcy Court