UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stephen G. Pape, Esq.
SP 7090
187 Anderson Avenue
PO Box 97
Fairview, NJ 07022
(201) 945-5252
Attorney for Debtor, Olga Pagan

In Re:

Olga Pagan, Debtor

Case No.: 17-16831

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for __June 8, 2022__, at __10:00 am__.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☒ Payments have been made in the amount of $ __126.87__, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I have submitted balance to complete in amount of $126.87. Attached is US Postal Money Order in that amount payable to Trustee and Proof of Certified Mailing.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 05/10/2022                                             /s/ Olga Pagan
                                                             Debtor's Signature

Date: _____                                         _____
                                                             Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Memphis TN 38101   OFFICIAL USE

| Certified Mail Fee | $3.75 |
| --- | --- |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.58 |
| $ | |
| Total Postage and Fees | $4.33 |
| $ | |

Postmark Here — 05/04/2022 CLIFFSIDE PARK NJ 07010 USPS

Sent To MARIE ANN GREENBERG
Street and Apt. No., or PO Box No. CHAPTER 13 STANDING TRUSTEE PO BOX 520
City, State, ZIP+4® MEMPHIS TN 381010520

7021 2720 0000 9260 8668

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions