Certificate Number: 20476-NJ-DE-036573692

Bankruptcy Case Number: 17-16831



20476-NJ-DE-036573692

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 19, 2022</u>, at <u>1:31</u> o'clock <u>PM EDT</u>, <u>Olga Pagan</u> completed a course on personal financial management given <u>by internet</u> by <u>Marie-Ann Greenberg, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>May 25, 2022</u>          By:     <u>/s/Scott E Kehiaian</u>

                                    Name:   <u>Scott E Kehiaian</u>

                                    Title:  <u>TEN Representative</u>