Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 14, 2022

**Chapter 13 Case # 17-16831**

Re:   OLGA PAGAN  
     9060 PALISADE AVENUE  
     UNIT 714  
     NORTH BERGEN, NJ  07047

Atty:   STEPHEN G. PAPE  
      187 ANDERSON AVENUE  
      PO BOX 97  
      FAIRVIEW, NJ  07022

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/06/2017 | $880.00 | 4104169000  - | 08/31/2017 | $440.00 | 4246114000  - |
| 10/02/2017 | $440.00 | 4330599000  - | 10/31/2017 | $880.00 | 23857010076 |
| 11/30/2017 | $440.00 | 24767902991 | 01/01/2018 | $440.00 | 24767924207 |
| 01/29/2018 | $340.00 | 23857026884 | 01/29/2018 | $100.00 | 22277344410 |
| 03/01/2018 | $440.00 | 23857045380 | 03/30/2018 | $440.00 | 24767945741 |
| 05/01/2018 | $440.00 | 23865070678 | 06/01/2018 | $440.00 | 24940122254 |
| 07/03/2018 | $440.00 | 24940108102 | 08/03/2018 | $440.00 | 25253828807 |
| 09/05/2018 | $440.00 | 25253836108 | 10/01/2018 | $440.00 | 25253849968 |
| 11/06/2018 | $440.00 | 25471091553 | 12/18/2018 | $440.00 | 25520981106 |
| 12/18/2018 | $440.00 | 25520981117 | 02/05/2019 | $440.00 | 25520982322 |
| 03/12/2019 | $440.00 | 25630881423 | 04/10/2019 | $440.00 | 25630896161 |
| 05/29/2019 | $440.00 | 25765397403 | 08/01/2019 | $440.00 | 26086711353 |
| 08/01/2019 | $440.00 | 26086711375 | 08/05/2019 | $144.05 | 26086712040 |
| 08/27/2019 | $464.00 | 26077385182 | 09/12/2019 | $464.00 | 26134450345 |
| 11/05/2019 | $464.00 | 26134469223 | 11/19/2019 | $464.00 | 26270853737 |
| 12/23/2019 | $464.00 | 26400867221 | 02/03/2020 | $464.00 | 26530354653 |
| 02/19/2020 | $464.00 | 26496406877 | 03/24/2020 | $464.00 | 26551505250 |
| 05/07/2020 | $464.00 | 26551511346 | 06/02/2020 | $464.00 | 26551523801 |
| 07/02/2020 | $464.00 | 26641557235 | 07/30/2020 | $464.00 | 26641567438 |
| 09/01/2020 | $464.00 | 26641571016 | 10/02/2020 | $464.00 | 26641556820 |
| 11/09/2020 | $464.00 | 26878877054 | 12/01/2020 | $464.00 | 26975185863 |
| 12/31/2020 | $464.00 | 26878895021 | 02/02/2021 | $464.00 | 26975188798 |
| 03/02/2021 | $464.00 | 27048556383 | 04/01/2021 | $464.00 | 27048563188 |
| 04/29/2021 | $464.00 | 27048575867 | 06/02/2021 | $464.00 | 27048585712 |
| 07/01/2021 | $464.00 | 27048581987 | 08/03/2021 | $464.00 | 27048598121 |
| 09/03/2021 | $464.00 | 27609056471 | 10/05/2021 | $464.00 | 27609061847 |
| 11/04/2021 | $464.00 | 27609080141 | 12/02/2021 | $464.00 | 27609081221 |
| 01/25/2022 | $464.00 | 27600533471 | 02/10/2022 | $464.00 | 27900702292 |
| 03/01/2022 | $464.00 | 27900703743 | 05/10/2022 | $126.87 | 27900735456 |

**Total Receipts: $26,094.92  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $26,094.92**

**Chapter 13 Case # 17-16831**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,499.70 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 1,850.00 | 100.00% | 1,850.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF NEW YORK MELLON TRUST CO | MORTGAGE ARREARS | 21,203.12 | 100.00% | 21,203.12 | 0.00 |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 702.85 | 100.00% | 588.67 | 114.18 |
| 0003 | BANK OF NEW YORK MELLON TRUST CO | ADMINISTRATIVE | 831.00 | 100.00% | 831.00 | 0.00 |

**Total Paid: $25,972.49**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF NEW YORK MELLON TRUST CO NA | | | | | | |
| | 08/20/2018 | $843.04 | 807816 | 10/22/2018 | $10.72 | 811717 |
| | 10/22/2018 | $831.00 | 811717 | 12/17/2018 | $414.92 | 815567 |
| | 01/14/2019 | $829.84 | 817488 | 03/18/2019 | $414.92 | 821346 |
| | 04/15/2019 | $414.92 | 823378 | 05/20/2019 | $414.92 | 825354 |
| | 06/17/2019 | $422.40 | 827386 | 08/19/2019 | $844.80 | 831190 |
| | 09/16/2019 | $583.73 | 833222 | 10/21/2019 | $457.04 | 835225 |
| BANK OF NEW YORK MELLON TRUST COMPANY | | | | | | |
| | 11/17/2021 | $440.80 | 880763 | 12/13/2021 | $440.80 | 882393 |
| | 01/10/2022 | $440.80 | 884046 | 02/14/2022 | $440.80 | 885736 |
| | 03/14/2022 | $299.89 | 887449 | | | |
| CIT BANK, N.A. | | | | | | |
| | 11/20/2017 | $634.24 | 790806 | 12/18/2017 | $414.04 | 792761 |
| | 01/22/2018 | $414.04 | 794582 | 02/20/2018 | $414.04 | 796510 |
| | 03/06/2018 | ($414.04) | 796510 | 03/19/2018 | $828.08 | 798322 |
| | 04/16/2018 | $414.04 | 800197 | 06/18/2018 | $832.48 | 804016 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 03/14/2022 | $140.91 | 8002734 | 04/18/2022 | $447.76 | 8002787 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NA | | | | | | |
| | 12/16/2019 | $879.74 | 840216 | 01/13/2020 | $439.87 | 842101 |
| | 03/16/2020 | $879.74 | 845928 | 04/20/2020 | $439.87 | 847881 |
| | 06/15/2020 | $417.60 | 851340 | 07/20/2020 | $858.40 | 853208 |
| | 08/17/2020 | $429.20 | 855022 | 09/21/2020 | $429.20 | 856901 |
| | 10/19/2020 | $429.20 | 858731 | 12/21/2020 | $858.40 | 862395 |
| | 02/22/2021 | $858.40 | 865928 | 04/19/2021 | $858.40 | 869423 |
| | 05/17/2021 | $429.20 | 871226 | 06/21/2021 | $436.16 | 873080 |
| | 07/19/2021 | $436.16 | 874798 | 09/20/2021 | $872.32 | 878293 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 14, 2022.

Receipts: $26,094.92    -    Paid to Claims: $22,622.79    -    Admin Costs Paid: $3,349.70    =    Funds on Hand: $122.43

Unpaid Balance to Claims: $114.18    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($8.25)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.